**Order entered August 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01327-CV

### IN THE INTEREST OF M.S. AND M.S., CHILDREN, Appellant

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 85,193 & 85,127

## ORDER

Before us is the parties' Joint Motion for Clarification filed August 14, 2018. Concurrent with this order, this Court issued its memorandum opinion nunc pro tunc and judgment nunc pro tunc in the above referenced case. Accordingly, the parties' joint motion is **DENIED AS MOOT.**

/s/    MOLLY FRANCIS
       JUSTICE